No. 161. SOUTHERN PACIFIC COMPANY *v.* JOHN NEWMAN. Error to the Superior Court of Los Angeles County, State of California. Submitted March 5, 1919. Decided March 10, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial

Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726.  *Mr. Henry T. Gage, Mr. William I. Gilbert, Mr. Wm. F. Herrin, Mr. Henley C. Booth* and *Mr. C. F. R. Ogilby* for plaintiff in error.  *Mr. Frank A. Jeffers* for defendant in error.